Laura Clauson Ferree (SBN 258127)
Jessica Hiller (SBN 308063)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-5191
Facsimile: (530) 742-0421
lferree@crla.org

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

Javier J. Castro (SBN 306294)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 East Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730
jcastro@crla.org

Elizabeth D. Mauldin (SBN 266905)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
10 E. North Avenue, #9
Baltimore, Maryland 21202
Tel: (410) 783-0236
Fax: (443) 817-0806
elizabeth@cdmigrante.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>RCO REFORESTING, INC. & ROBERTO OCHOA,<br><br>              Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED THAT Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 13) is denied as unnecessary because plaintiff has paid the filing fees.

Dated: March 7, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE