UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JESUS SILVA RODRIGUEZ and RIGOBERTO ZEPEDA LOA,<br><br>Plaintiffs,<br><br>v.<br><br>RCO REFORESTING, INC. and ROBERTO OCHOA,<br><br>Defendants. | CIV. NO. 2:16-2523 WBS CMK<br><br><u>ORDER RE: MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER</u> |

----oo0oo----

Plaintiffs move to amend the court's February 17, 2017, Pretrial Scheduling Order to extend discovery, dispositive motion, and trial dates by seven months. (<u>See</u> Docket No. 26.) A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); <u>see</u> <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 607 (9th Cir. 1992).

Discovery closes August 31, 2017, and plaintiffs argue all opt-in plaintiffs that fall within their proposed

1

conditionally certified class will not be identified by that time. However, because the court denied plaintiffs' Motion to conditionally certify this action as an FLSA collective action, the court finds presently there is not good cause to amend the Scheduling Order.

IT IS THEREFORE ORDERED that plaintiffs' Motion to amend the pretrial scheduling order (Docket No. 26) be, and the same hereby is, DENIED WITHOUT PREJUDICE.

Dated: June 19, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE