UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA, <br><br> Plaintiffs, <br><br> v. <br><br> RCO REFORESTING, INC. & ROBERTO OCHOA, <br><br> Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK <br><br> **ORDER REGARDING SECOND AMENDED COMPLAINT** |

**ORDER**

The Parties having stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs file their Second Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

**IT IS SO ORDERED.**

Dated: July 26, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28