Laura Clauson Ferree (SBN 258127)
Jessica Hiller (SBN 308063)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-5191
Facsimile: (530) 742-0421
lferree@crla.org

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

Javier J. Castro (SBN 306294)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 East Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730
jcastro@crla.org

Additional Plaintiffs' Counsel listed on page 2
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA, Plaintiffs, v. RCO REFORESTING, INC. & ROBERTO OCHOA, Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**ORDER APPROVING NOTICE OF RIGHT TO OPT-IN TO LAWSUIT AND CONSENT TO SUE**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5<br>Date: August 15, 2017 |
|---|---|

Elizabeth D. Mauldin (SBN 266905)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
10 E. North Avenue, #9
Baltimore, Maryland 21202
Telephone: (410) 783-0236
Facsimile: (443) 817-0806
elizabeth@cdmigrante.org

Benjamin R. Botts (SBN 274542)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
Nuevo León 159, Int. 101
Col. Hipódromo, Del. Cuauhtémoc
C.P. 06100 Ciudad de México, D.F., MEXICO
Telephone: (855) 234-9699
Facsimile: (443) 817-0806
ben@cdmigrante.org

Plaintiffs Jesus Silva Rodriguez and Rigoberto Zepeda Loa have submitted a proposed notice of right to opt-in to lawsuit and consent to sue form, pursuant to the Court's order on August 8, 2017 (Docket No. 42). In accordance with the Court's instruction, plaintiffs have duly amended the previous proposed notice (Docket No. 33-1). The Court has considered the amended notice and finds that it provides accurate and timely notice to the certified class.

IT IS THEREFORE ORDERED that plaintiffs' proposed notice (Docket No. 44-1) be APPROVED.

Dated: August 18, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE