1  Laura Clauson Ferree (SBN 258127)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  511 D Street
   Marysville, CA 95901
3  Telephone: (530) 742-5191
   Facsimile: (530) 742-0421
4  lferree@crla.org

5  Cynthia L. Rice (SBN 87630)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
6  1430 Franklin St., Suite 103
   Oakland, CA 94612
7  Telephone: (510) 267-0762
   Facsimile: (510) 267-0763
8  crice@crla.org

9  Javier J. Castro (SBN 306294)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
10 145 East Weber Avenue
   Stockton, CA 95202
11 Telephone: (209) 946-0605
   Facsimile: (209) 946-5730
12 jcastro@crla.org

Additional Plaintiffs' Counsel listed on page 2
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA, <br><br> Plaintiffs, <br><br> v. <br><br> RCO REFORESTING, INC. & ROBERTO OCHOA, <br><br> Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK <br><br> **STIPULATION & [PROPOSED] ORDER RE COLLECTIVE ACTION NOTICE PERIOD AND TOLLING OF FLSA STATUTE OF LIMITATIONS** <br><br> Hon. William B. Shubb |

1   Elizabeth D. Mauldin (SBN 266905)
    CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
2   10 E. North Avenue, #9
    Baltimore, Maryland 21202
3   Tel: (410) 783-0236
    Fax: (443) 817-0806
4   elizabeth@cdmigrante.org

5   Benjamin R. Botts (SBN 274542)
    CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
6   Nuevo León 159, Int. 101
    Col. Hipódromo, Del. Cuauhtémoc
7   C.P. 06100 Ciudad de México, D.F., MEXICO
    Telephone: (855) 234-9699
8   Facsimile: (443) 817-0806
    ben@cdmigrante.org

On August 8, 2017, the Court ordered Defendants to produce to Plaintiffs the names, addresses, and telephone numbers of potential class members within fourteen days. Defendants made an initial production of employee names and contact information to Plaintiffs on August 23, 2013. Dkt. No. 42. This production, however, did not include contact information for most of the employees listed. Defendants made additional productions of contact information on August 31 and September 7, 2017. Defendants to date, however, have not produced any contact information for numerous employees; and for most employees, Defendants have not provided an address other than the employee's Mexican state of residence.

Accordingly, the parties agree that the FLSA collective action opt-in period set by the Court to expire six months after its August 8, 2017 order (i.e., by February 8, 2018) shall be extended two months, until April 9, 2018 to allow plaintiffs additional time to locate class members. *See*, *e.g.*, *Ott v. Publix Super Mkts., Inc.*, 298 F.R.D. 550, 558 (M.D. Tenn. 2014) (extending opt-in period after many of class notices were returned to plaintiffs' counsel as undeliverable). All case deadlines listed in the Court's order of August 8, 2017 (Dkt. No. 42 at 12) shall be extended two months, as follows:

Expert Reports are due March 30, 2018;

All discovery closes June 4, 2018;

All motions shall be filed by June 18, 2018;

The Final Pretrial Conference is reset for **September 24, 2018, at 1:30 p.m.**

The jury trial is reset for **December 4, 2018, at 9:00 a.m.**

Additionally, the parties agree that the statute of limitations under 29 U.S.C. § 255(a) applicable to potential opt-in class members' FLSA claims shall be tolled from August 8, 2017 (the date the Court ordered production of the class list) through October 9, 2017. *See, e.g.*, *Adams v. Inter-Con Sec. Sys.*, 242 F.R.D. 530, 542 (N.D. Cal. 2007) (equitably tolling FLSA statute of limitations until Defendants provided complete class list). The parties agree that the time period between these dates shall not be considered in determining whether opt-in class members' FLSA claims are time barred.

Approved:

CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

Dated: 10/4/2017         By:   /s/
                          Benjamin R. Botts
                          Attorneys for Plaintiffs


PALMER KAZANJIAN WOHL HODSON LLP

Dated: 10/4/2017         By:   /s/
                          Eric Witt
                          Attorneys for Defendants

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE