Laura Clauson Ferree (SBN 258127)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-5191
Facsimile: (530) 742-0421
lferree@crla.org

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

Javier J. Castro (SBN 306294)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 East Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730
jcastro@crla.org

Additional Plaintiffs' Counsel listed on page 2
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA,<br><br>Plaintiffs,<br><br>v.<br><br>RCO REFORESTING, INC. & ROBERTO OCHOA,<br><br>Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**STIPULATION & [PROPOSED] ORDER RE CORRECTION OF COLLECTIVE ACTION NOTICE**<br><br>Hon. William B. Shubb |

**STIPULATION & [PROPOSED] ORDER**
**CASE NO.: 2:16-CV-02523-WBS-CMK**  PAGE 1

Elizabeth D. Mauldin (SBN 266905)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
10 E. North Avenue, #9
Baltimore, Maryland 21202
Tel: (410) 783-0236
Fax: (443) 817-0806
elizabeth@cdmigrante.org

Benjamin R. Botts (SBN 274542)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
Nuevo León 159, Int. 101
Col. Hipódromo, Del. Cuauhtémoc
C.P. 06100 Ciudad de México, D.F., MEXICO
Telephone: (855) 234-9699
Facsimile: (443) 817-0806
ben@cdmigrante.org

On August 18, 2017, the Court approved Plaintiffs' proposed English and Spanish language notices to potential FLSA opt-in class members. In preparing for distribution of these notices to potential opt-in class members, Plaintiffs' counsel found that the proposed notice included an incorrect international telephone prefix for calling counsel in the United States and inadvertently omitted contact information for Plaintiffs' counsel in Mexico.

The parties therefore agree that the concurrently filed corrected English and Spanish language class notices shall replace the notices previously approved by the Court.

//

//

//

Approved:

CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

Dated: 10/3/2017          By: /s/
                          Benjamin R. Botts
                          Attorneys for Plaintiffs


PALMER KAZANJIAN WOHL HODSON LLP

Dated: 10/3/2017          By: /s/
                          Eric Witt
                          Attorneys for Defendants

Pursuant to stipulation, the concurrently filed corrected English and Spanish language class notices are hereby approved. IT IS SO ORDERED.

Dated: October 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE