Laura Clauson Ferree (SBN 258127)
Jessica Hiller (SBN 308063)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-5191
Facsimile: (530) 742-0421
lferree@crla.org

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

Javier J. Castro (SBN 306294)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 East Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730
jcastro@crla.org

Additional Plaintiffs' Counsel listed on page 2
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA,<br><br>Plaintiffs,<br>v.<br><br>RCO REFORESTING, INC. & ROBERTO OCHOA,<br><br>Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**STIPULATION AND JOINT MOTION FOR MODIFICATION OF THE CASE SCHEDULING ORDER TO EXTEND THE DISCOVERY CUTOFF DATE AND ORDER THEREON**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5<br>Date: |

-1-

**STIPULATION AND JOINT MOTION TO AMEND THE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

Elizabeth D. Mauldin (SBN 266905)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
10 E. North Avenue, #9
Baltimore, Maryland 21202
Tel: (410) 783-0236
Fax: (443) 817-0806
elizabeth@cdmigrante.org

Benjamin R. Botts (SBN 274542)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
Nuevo León 159, Int. 101
Col. Hipódromo, Del. Cuauhtémoc
C.P. 06100 Ciudad de México, D.F., MEXICO
Telephone: (855) 234-9699
Facsimile: (443) 817-0806
ben@cdmigrante.org

This Stipulation is submitted by Plaintiffs, Jesus Silva Rodriguez and Rigoberto Zepeda Loa and Defendants RCO Reforesting, Inc. and Roberto Ochoa, by and through their respective counsel of record herein. The parties respectfully submit this Stipulation to modify the case scheduling order and continue non-expert discovery and motions deadlines as follows:

|  | Current | Proposed |
|---|---|---|
| Non-Expert Discovery: | June 4, 2018 | July 5, 2018 |
| Motions Deadline: | June 18, 2018 | July 19, 2018 |

The requested extension will not affect the trial date or any other case deadline. This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure for good cause. For the reasons that follow, the current non-expert discovery deadline cannot be met because Defendants have asserted that they are unable to comply with outstanding discovery requests in a timeframe that will allow Plaintiffs to complete all critical discovery necessary to the Plaintiffs. Plaintiffs diligently pursued both written discovery and depositions and have noticed the depositions of Defendant Robert Ochoa and various employees of RCO Reforesting, Inc. The depositions of Mr. Ochoa, one foreman, and one superintendent have been completed,

but depositions for three other key witnesses have been continued due to scheduling conflicts and based on the request of the deponents and/or Defendants. Plaintiffs intend to notice those depositions, as well as two additional depositions by no later than April 6, 2018.

Plaintiffs served their Third Request of Production of Documents and Third Set of Interrogatories on Defendants on March 16, 2018. Subsequently, on March 20, 2018 Counsel for Defendants filed a "Motion to Withdraw as Counsel of Record for Defendants R.C.O. Reforesting, Inc. and Roberto Ochoa." (Doc. 54). Thereafter, counsel for Defendants, Samuel Maselli, requested an extension of 45 days to respond to the pending discovery. Plaintiffs have agreed to a 31-day extension of the time to respond to discovery conditioned upon Defendants' stipulating to, and the Court thereafter granting a modification of the Case Scheduling Order to allow for an extension of the discovery cut-off date to July 5, 2018 and an extension of the motions deadline to July 19, 2018. The case schedule has been modified once, to extend the discovery deadlines and other deadlines and reset the trial date (*see* Doc. 48), and one additional time to extend the opt-in period for the FLSA action (*see* Doc. 51). On all occasions modifications were granted based on a showing of good cause. (*Id.*)

For reasons stated above, the Parties believe that the good cause standard of Rule 16(b) is met and hereby stipulate as follows:

1. That the current deadline for completing discovery be extended to July 5, 2018;

2. That the current motions deadline be extended to July 19, 2018;

3. That in the event that the discovery and motions deadline are extended by the court, consistent with this stipulation, Defendants shall have their time to respond to Plaintiffs' Third Request for Production of Documents, and Third Set of Interrogatories, extended to June 18, 2018.

/ / /

/ / /

-3-

**STIPULATION AND JOINT MOTION TO AMEND THE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

**IT IS SO STIPULATED:**

Dated: April 2, 2018        CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
                            CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.


                            By: */s/ Laura Clauson Ferree*
                                Laura Clauson Ferree
                                Attorneys for Plaintiffs


Dated: April 2, 2018        PALMER KAZANJIAN WOHL HODSON LLP


                            By: */s/ Samuel J. Maselli* (as authorized 04/02/18)
                                Samuel J. Maselli
                                Attorneys for Defendants

**IT IS SO ORDERED.**


Dated: April 4, 2018

                                                    CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE

-4-

**STIPULATION AND JOINT MOTION TO AMEND THE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**