1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  JESUS SILVA RODRIGUEZ and       CIV. NO. 2:16-2523 WBS CMK
    RIGOBERTO ZEPEDA LOA,
12
                Plaintiffs,
13
                                    ORDER RE: MOTION TO WITHDRAW
14       v.

15  R.C.O. REFORESTING, INC. and
    ROBERTO OCHOA,
16
                Defendants.
17

18          The motion the law firm of Palmer Kazanjian Wohl

19  Hoodson LLP ("the firm") as counsel for defendants R.C.O.

20  Reforesting, Inc. and Roberto Ochoa ("defendants") (Docket No.

21  54) came on for hearing on April 30, 2018, pursuant to the

22  agreement of counsel, the court will not rule on the motion at

23  this point and instead will drop this motion from the calendar

24  and order this matter referred to a Magistrate Judge for

25  settlement conference.

26          The parties are hereby notified that a Settlement

27  Conference is set before Magistrate Judge Edmund F. Brennan on

28  June 21, 2018, at 10:00 a.m. in Courtroom 8, 13th Floor.  The

                                1

firm will continue to act as counsel for defendants through the completion of the Settlement Conference, with no cost to defendants.

If the parties are unable to settle, they may file a motion with this court to have the matter placed back on the calendar. At that point, if necessary, the court will deal with the Motion to Withdraw and any further discovery. In the meantime, all discovery is stayed pending further order of the court.

IT IS SO ORDERED.

Dated: May 1, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE