UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ and RIGOBERTO ZEPEDA LOA,<br><br>Plaintiffs,<br><br>v.<br><br>RCO REFORESTING, INC. and ROBERTO OCHOA,<br><br>Defendants. | No. 2:16-cv-2523-WBS-CMK<br><br><br>ORDER |

On June 15, 2018, counsel for defendants filed a Notice of Submission of Confidential Settlement Conference Statement, and inadvertently attached a copy of their confidential settlement conference statement to the notice. ECF No. 61, 61-1. On June 28, 2018, counsel filed a Notice of Request to Seal that settlement conference statement because the document "contain[s] private financial information." ECF No. 64. Local Rule 270(e) provides that a settlement conference statement "shall not be filed or made a part of the Court's records." Accordingly, defendants' counsel's request to seal, ECF No. 64, is construed as a request to withdraw the document, and so construed the request is granted. The Clerk is directed to remove ECF No. 61 from the record.

DATED: July 2, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE