Laura Clauson Ferree (SBN 258127)
Jessica Hiller (SBN 308063)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-5191
Facsimile: (530) 742-0421
lferree@crla.org

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

Javier J. Castro (SBN 306294)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 East Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730
jcastro@crla.org

Additional Plaintiffs' Counsel Listed on Page 2
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA,<br><br>                Plaintiffs,<br>v.<br><br>RCO REFORESTING, INC. & ROBERTO OCHOA,<br><br>                Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**STIPULATION AND JOINT MOTION TO AMEND CASE SCHEDULING ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES; ~~PROPOSED~~ ORDER THEREON**<br><br>Judge: Hon. William B. Shubb<br><br>Courtroom: 5<br><br>Trial Date: December 4, 2018 |

**STIPULATION AND JOINT MOTION TO AMEND
CASE SCHEDULING ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES**

Elizabeth D. Mauldin (SBN 266905)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
10 East North Avenue, #9
Baltimore, Maryland 21202
Telephone: (410) 783-0236
Facsimile: (443) 817-0806
elizabeth@cdmigrante.org

Benjamin R. Botts (SBN 274542)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
Nuevo León 159, Int. 101
Col. Hipódromo, Del. Cuauhtémoc
C.P. 06100 Ciudad de México, D.F., MEXICO
Telephone: (855) 234-9699
Facsimile: (443) 817-0806
ben@cdmigrante.org

This Stipulation is submitted by Plaintiffs Jesus Silva Rodriguez and Rigoberto Zepeda Loa and Defendants RCO Reforesting, Inc. and Roberto Ochoa, by and through their respective counsel. The parties respectfully submit this Stipulation to amend the case scheduling order and continue the non-expert discovery and motions deadlines as follows:

|  | Current | Proposed |
|---|---|---|
| Non-Expert Discovery: | July 5, 2018 | September 4, 2018 |
| Motions Deadline: | July 19, 2018 | September 17, 2018 |

Motions are likely to be scheduled for hearing on October 15, 2018. Accordingly, the parties request that the September 24, 2018 Final Pretrial Conference date be continued approximately thirty days so that the Court has had time to resolve the motion(s) prior to the Final Pretrial Conference. This request will have no effect on the December 4, 2018 jury trial date. This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure for good cause.

The current discovery and motions deadlines cannot be met in light of the Court's May 1, 2018 order to refer this matter for a Settlement Conference before Magistrate Judge Edmund F. Brennan. *See* Doc. 59. While the Court did not rule on defense counsel's motion to withdraw, it decided to stay discovery until further instruction. Up until that order, Plaintiffs had pursued written discovery and had taken the depositions of Defendant Roberto Ochoa and two employees of RCO

**STIPULATION AND JOINT MOTION TO AMEND**
**CASE SCHEDULING ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES**

Reforesting, Inc.  However, Plaintiffs still need to conduct additional depositions[1] and are awaiting responses to their Third Set of Interrogatories and Third Set of Requests for Production of Documents, which were both served on March 16, 2018.  Because discovery is outstanding, it is essential that the Court grant this joint request to modify the case schedule.

The parties here show good cause for this request.  On June 21, 2018, the parties, represented by their respective counsel, appeared at the Settlement Conference, where Defendants agreed to disclose confidential tax and financial records and other sensitive information to Plaintiffs.  The Court then ordered the parties to appear for a further Settlement Conference on July 12, 2018.  *See* Doc. 63.  In the event the parties are unable to settle, defense counsel may renew their motion to withdraw as Defendants' counsel of record.  *See* Doc. 59.  If so, defense counsel would need to notice this motion on the assigned judge's motion calendar; the hearing on the matter would not take place until at least twenty-eight days after service and filing of the motion.  *See* Local Rule 230(b).  By that time, and by the time the Court issues its order on the matter, the discovery and motion deadlines would have long since passed.  Unless the court does so on its own motion, Plaintiffs will have to seek a stipulation from Defendants or file a formal motion to lift the stay on discovery.  The Court therefore should extend the non-expert discovery and motions deadlines and modify all other dates that are necessary to allow the parties adequate time to prepare for trial.  Moreover, Plaintiffs have indicated their intent to file a motion for partial summary judgment on one or more issues in the case.  The filing of that motion has been delayed as a result of the stay on discovery and attempts to resolve this matter through settlement.

Although the case schedule has been modified three times,[2] these continuances have all been necessary due to Defendants' repeated discovery delays and were each granted based on a showing

---

[1] Plaintiffs noticed the depositions of four other key witnesses on April 6, 2018.  Two of these depositions were scheduled for May 31, 2018 and the other two for June 1, 2018.  These depositions, along with all other discovery, was stayed following the Court's order on May 1, 2018.  *See* Doc. 59.
[2] The case schedule has been modified: (1) to extend the case deadlines and reset the trial date (Doc. 48); (2), to extend the opt-in period for the FLSA action (Doc. 51); and (3) to extend the discovery cut-off date and motion deadline (Doc. 56).

**STIPULATION AND JOINT MOTION TO AMEND**
**CASE SCHEDULING ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES**

of good cause. Here, the parties jointly move the Court to amend the case schedule once more and agree that neither will suffer any prejudice as a result of such an amendment.

For these reasons, the parties satisfy the good cause standard under Rule 16(b) and hereby stipulate as follows:

1. That the current non-expert discovery deadline be extended to September 4, 2018;

2. That the current motions deadline be extended to September 17, 2018

3. That the Final Pretrial Conference be continued to **October 22, 2018 at 1:30 p.m.**

**IT IS SO STIPULATED:**

Dated: ___July 10, 2018_____     CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.


By: ___/s/ Javier J. Castro_____
Javier J. Castro
Attorney for Plaintiffs

Dated: ___July 10, 2018_____     PALMER KAZANJIAN WOHL HODSON LLP


By: ___/s/ Larry M. Kazanjian_____
Larry M. Kazanjian
Attorney for Defendants

**IT IS SO ORDERED:**

**Dated: July 10, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND JOINT MOTION TO AMEND
CASE SCHEDULING ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES**