Laura Clauson Ferree (SBN 258127)
Jessica Hiller (SBN 308063)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-5191
Facsimile: (530) 742-0421
lferree@crla.org

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

Javier J. Castro (SBN 306294)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 East Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730
jcastro@crla.org

Additional Plaintiffs' Counsel Listed on Page 2
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA,<br><br>Plaintiffs,<br>v.<br><br>RCO REFORESTING, INC. & ROBERTO OCHOA,<br><br>Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE; ~~PROPOSED~~ ORDER THEREON**<br><br>Judge: Hon. William B. Shubb<br><br>Settlement Judge: Hon. Edmund F. Brennan<br><br>Courtroom: 5<br><br>Trial Date: December 4, 2018 |

-1-
**STIPULATION AND JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Elizabeth D. Mauldin (SBN 266905)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
10 East North Avenue, #9
Baltimore, Maryland 21202
Telephone: (410) 783-0236
Facsimile: (443) 817-0806
elizabeth@cdmigrante.org

Benjamin R. Botts (SBN 274542)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
Nuevo León 159, Int. 101
Col. Hipódromo, Del. Cuauhtémoc
C.P. 06100 Ciudad de México, D.F., MEXICO
Telephone: (855) 234-9699
Facsimile: (443) 817-0806
ben@cdmigrante.org

This Stipulation is submitted by Plaintiffs Jesus Silva Rodriguez and Rigoberto Zepeda Loa and Defendants RCO Reforesting, Inc. and Roberto Ochoa, by and through their respective counsel. The parties respectfully submit this Stipulation to continue the July 12, 2018 Settlement Conference to July 24, 2018.

Concurrently with this Stipulation, pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties are filing a Stipulation and Joint Motion with Judge Shubb to continue the existing deadlines for non-expert discovery, motions, and the pretrial conference. That request will have no effect on the December 4, 2018 jury trial date.

This stipulated request for continuance of the settlement conference is also made for good cause. On June 21, 2018, the parties, represented by their respective counsel, appeared at the Settlement Conference, where Defendants agreed to disclose confidential tax and financial records and other sensitive information to Plaintiffs, to assist in determining whether the matter could be resolved by settlement. The Court then ordered the parties to appear for a further Settlement Conference on July 12, 2018. *See* Doc. 63. Defendants' counsel has not yet produced any of the requested financial documents and has requested additional time to provide these documents to Plaintiffs' counsel. Defendants' counsel has committed to provide tax and financial records to Plaintiff's counsel no later than July 20, 2018.

For these reasons, the parties hereby stipulate as follows: That the current settlement conference scheduled for July 12, 2018 at 10:00 a.m. be continued to July 24, 2018 at 10:00 a.m.

**STIPULATION AND JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

**IT IS SO STIPULATED:**

Dated: July 10, 2018    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
                        CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.

                        By:  /s/ Laura Clauson Ferree
                             Laura Clauson Ferree
                             Attorney for Plaintiffs

Dated: July 10, 2018    PALMER KAZANJIAN WOHL HODSON LLP

                        By:  /s/ Larry M. Kazanjian (as authorized 07/10/18)
                             Larry M. Kazanjian
                             Attorney for Defendants

**IT IS SO ORDERED.**

Dated: July 11, 2018.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-3-
**STIPULATION AND JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**