Laura Clauson Ferree (SBN 258127)
Jessica Hiller (SBN 308063)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-5191
Facsimile: (530) 742-0421
lferree@crla.org

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

Javier J. Castro (SBN 306294)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 East Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730
jcastro@crla.org

Additional Plaintiffs' Counsel Listed on Page 2
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA,<br><br>Plaintiffs,<br>v.<br><br>RCO REFORESTING, INC. & ROBERTO OCHOA,<br><br>Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**STIPULATION & [PROPOSED] ORDER TO ALLOW APPEARANCE AT SETTLEMENT CONFERENCE BY PHONE**<br><br>Judge: Hon. Edmund F. Brennan<br>Date: July 24, 2018, 10:00 am |

-1-
**STIPULATION & [PROPOSED] ORDER
TO ALLOW APPEARANCE AT SETTLEMENT CONFERENCE BY PHONE**

Elizabeth D. Mauldin (SBN 266905)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
10 East North Avenue, #9
Baltimore, Maryland 21202
Telephone: (410) 783-0236
Facsimile: (443) 817-0806
elizabeth@cdmigrante.org

Benjamin R. Botts (SBN 274542)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
Nuevo León 159, Int. 101
Col. Hipódromo, Del. Cuauhtémoc
C.P. 06100 Ciudad de México, D.F., MEXICO
Telephone: (855) 234-9699
Facsimile: (443) 817-0806
ben@cdmigrante.org

The parties hereby stipulate that Plaintiffs' counsel Benjamin R. Botts may appear by telephone at the settlement conference scheduled in this case for 10:00 am on July 24, 2018. Mr. Botts's office is located in Mexico City, Mexico. Travel to the settlement conference therefore involves significant cost to Plaintiffs that would be avoided by a telephonic appearance. Mr. Botts's co-counsel Cynthia Rice and Javier Castro, of California Rural Legal Assistance, Inc., as well as counsel for Defendants will appear at the settlement conference in person. Mr. Botts will coordinate with Judge Brennan's Courtroom Deputy to arrange the logistics of his telephonic appearance.

**IT IS SO STIPULATED:**

Dated: July 12, 2018         CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
                             CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.


                             By:   /s/ Benjamin R. Botts
                                   Benjamin R. Botts
                                   Attorney for Plaintiffs

Dated: July 12, 2018         PALMER KAZANJIAN WOHL HODSON LLP


                             By:   /s/ Larry M. Kazanjian (as authorized 7/12/2018)
                                   Larry M. Kazanjian
                                   Attorney for Defendants

1

2  Pursuant to stipulation, **IT IS SO ORDERED:**

3

4  Dated: July 19, 2018

The Honorable Edmund F. Brennan
United States Magistrate Judge

-3-
**STIPULATION & [PROPOSED] ORDER
TO ALLOW APPEARANCE AT SETTLEMENT CONFERENCE BY PHONE**