| | |
|---|---|
| 1 | Laura Clauson Ferree (SBN 258127) |
| 2 | Jessica Hiller (SBN 308063)<br>CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |
| 3 | 511 D Street<br>Marysville, CA 95901 |
| 4 | Telephone: (530) 742-5191<br>Facsimile: (530) 742-0421 |
| 5 | lferree@crla.org |
| 6 | Cynthia L. Rice (SBN 87630) |
| 7 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC.<br>1430 Franklin Street, Suite 103 |
| 8 | Oakland, CA 94612<br>Telephone: (510) 267-0762 |
| 9 | Facsimile: (510) 267-0763<br>crice@crla.org |
| 10 | Javier J. Castro (SBN 306294) |
| 11 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC.<br>145 East Weber Avenue |
| 12 | Stockton, CA 95202<br>Telephone: (209) 946-0605 |
| 13 | Facsimile: (209) 946-5730<br>jcastro@crla.org |
| 14 | Additional Plaintiffs' Counsel Listed on Page 2 |
| 15 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA,<br><br>Plaintiffs,<br>v.<br><br>RCO REFORESTING, INC. & ROBERTO OCHOA,<br><br>Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**STIPULATION AND JOINT MOTION TO AMEND CASE SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE; AND ORDER THEREON**<br><br>Judge: Hon. William B. Shubb<br><br>Settlement Judge: Hon. Edmund F. Brennan<br><br>Courtroom: 5<br><br>Trial Date: December 4, 2018 |

-1-
**STIPULATION AND JOINT MOTION TO AMEND
CASE SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE**

Elizabeth D. Mauldin (SBN 266905)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
10 East North Avenue, #9
Baltimore, Maryland 21202
Telephone: (410) 783-0236
Facsimile: (443) 817-0806
elizabeth@cdmigrante.org

Benjamin R. Botts (SBN 274542)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
Nuevo León 159, Int. 101
Col. Hipódromo, Del. Cuauhtémoc
C.P. 06100 Ciudad de México, D.F., MEXICO
Telephone: (855) 234-9699
Facsimile: (443) 817-0806
ben@cdmigrante.org

This Stipulation is submitted by Plaintiffs Jesus Silva Rodriguez and Rigoberto Zepeda Loa and Defendants RCO Reforesting, Inc. and Roberto Ochoa, by and through their respective counsel. The parties respectfully submit this Stipulation to amend the case scheduling order and continue the non-expert discovery deadline as follows:

|  | Current | Proposed |
|---|---|---|
| Non-Expert Discovery: | September 4, 2018 | October 1, 2018 |

This request will not affect the September 17, 2018 motions deadline, October 22, 2018 Pretrial Conference, or December 4, 2018 jury trial. This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure for good cause.

The current discovery deadline cannot be met in light of the Court's May 1, 2018 order to refer this matter for a Settlement Conference before Magistrate Judge Edmund F. Brennan and to stay discovery pending efforts to resolve the case. *See* Doc. 59. Up until that order, Plaintiffs had pursued written discovery and had taken the depositions of Defendant Roberto Ochoa and two employees of RCO Reforesting, Inc. However, Plaintiffs still need to conduct additional depositions[1] and are awaiting responses to their Third Set of Interrogatories and Third Set of Requests for Production of Documents, which were both served on March 16, 2018. If the case does

---

[1] Plaintiffs noticed the depositions of four other key witnesses on April 6, 2018. Two of these depositions were scheduled for May 31, 2018 and the other two for June 1, 2018. These depositions, along with all other discovery, was stayed following the Court's order on May 1, 2018. *See* Doc. 59.

-2-
**STIPULATION AND JOINT MOTION TO AMEND**
**CASE SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE**

not resolve at the next settlement conference, it is essential that the Court grant this joint request to modify the case schedule so that outstanding discovery may be completed.

The parties demonstrate good cause for this request. On June 21, 2018, the parties, represented by their respective counsel, appeared at the Settlement Conference, where Defendants agreed to disclose confidential financial information to Plaintiffs. The Court then ordered the parties to appear for a further Settlement Conference on July 12, 2018. *See* Doc. 63. The parties participated in the July 12, 2018 Settlement Conference, but had to schedule a third settlement conference on August 27, 2018 due to a medical emergency affecting one of the parties. *See* Doc. 72. In the event the parties are unable to settle the case, defense counsel may renew their motion to withdraw as Defendants' counsel of record. *See* Doc. 59. Plaintiffs will have to seek a stipulation from Defendants or file a formal motion to lift the stay on discovery. The Court therefore should extend the non-expert discovery deadline to allow the parties adequate time to prepare for trial should the case not resolve at the August 27, 2018 Settlement Conference.

Although the case schedule has been modified four times,[2] these continuances have been necessary, based on a showing of good cause. Here, the parties jointly move the Court to amend the case schedule once more and agree that neither will suffer any prejudice as a result of such an amendment.

For these reasons, the parties satisfy the good cause standard under Rule 16(b) and hereby stipulate that the current non-expert discovery deadline be extended to October 1, 2018.

**IT IS SO STIPULATED:**

Dated: July 30, 2018  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
  CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.

  By: /s/ Laura Clauson Ferree
      Laura Clauson Ferree
      Attorney for Plaintiffs

---

[2] The case schedule has been modified: (1) to extend the case deadlines and reset the trial date (Doc. 48); (2), to extend the opt-in period for the FLSA action (Doc. 51); (3) to extend the discovery cut-off date and motion deadline (Doc. 56); and to extend the discovery cut-off date, motions date, and pretrial date (Doc. 68).

-3-
**STIPULATION AND JOINT MOTION TO AMEND**
**CASE SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE**

Dated: July 30, 2018          PALMER KAZANJIAN WOHL HODSON LLP


                              By:    /s/ Larry M. Kazanjian (as authorized on 7/30/2018)
                                    Larry M. Kazanjian
                                    Attorney for Defendants

**IT IS SO ORDERED:**


**Dated:  July 30, 2018**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE