UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ and RIGOBERTO ZEPEDA LOA, <br><br> Plaintiffs, <br><br> v. <br><br> R.C.O. REFORESTING, INC. and ROBERTO OCHOA, <br><br> Defendants. | No. 2:16-cv-2523-WBS-DMC <br><br><br> ORDER AND ORDER TO SHOW CAUSE |

This matter was before the court for a further settlement conference on September 25, 2018. Cynthia Rice, Laura Ferree, Javier Castro and Benjamin Botts appeared on behalf of plaintiffs. Larry Kazanjian appeared for defendants. Notwithstanding the court's order that principals be present for the conference, defendant Roberto Ochoa failed to appear for the conference and his presence was not excused. Because of his absence, the parties were unable to make decisions necessary to proceed with the settlement negotiations and the conference had to be continued once again.

Accordingly, the matter is set for further settlement conference for November 13, 2018, at 10:00 a.m. Defendant Ochoa is ordered to personally appear for that conference.

Further, defendant Ochoa is ordered to show cause in writing no later than November 2, 2018, why monetary sanctions should not be imposed in the form of an order directing him to pay

1

plaintiffs' attorneys fees incurred for their counsels' time and expenses that were wasted by their having to appear at the aborted conference on September 25, 2018.

DATED: September 25, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE