UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ and RIGOBERTO ZEPEDA LOA, <br><br> Plaintiffs, <br><br> v. <br><br> R.C.O. REFORESTING, INC. and ROBERTO OCHOA, <br><br> Defendants. | No. 2:16-cv-2523-WBS-CMK <br><br><br> ORDER RE: SETTLEMENT AND DISPOSITION |

The case was before the court for a further settlement conference conducted in Chambers on November 13, 2018. Pursuant to the representations by counsel for the parties, the court has determined that the matter has settled.

The terms of the settlement were placed on the record and the court directed counsel to file, within thirty days, a motion for entry of judgment and notice that motion for hearing before the assigned district judge.

All hearing dates heretofore set in this matter are VACATED.

/////

/////

1 <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4     IT IS SO ORDERED.
5 DATED: November 14, 2018.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE