UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JESUS SILVA RODRIGUEZ and RIGOBERTO ZEPEDA LOA, <br><br> Plaintiffs, <br><br> v. <br><br> R.C.O. REFORESTING, INC. and ROBERTO OCHOA, <br><br> Defendants. | No. 2:16-cv-2523 WBS DMC <br><br><br> ORDER |

----oo0oo----

The court has received the parties' Joint Motion for Approval of Settlement and Entry of Stipulated Judgment. (Docket No. 86.) At least fourteen days prior to the hearing scheduled for January 22, 2019, the parties shall inform the court of what efforts have been undertaken to comply with California Labor Code § 2699(l)(2) and its requirement that "[t]he proposed settlement shall be submitted to the [Labor and Workforce Development Agency] at the same time that it is submitted to the court."

IT IS SO ORDERED.

Dated: December 20, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE