Laura Clauson Ferree (SBN 258127)
Jessica Hiller (SBN 308063)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-5191
Facsimile: (530) 742-0421
lferree@crla.org

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

Benjamin R. Botts (SBN 274542)
CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.
822 Guilford Ave #970
Baltimore, MD 21202
Telephone: (855) 234-9699
Facsimile: (443) 817-0806
ben@cdmigrante.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA RODRIGUEZ & RIGOBERTO ZEPEDA LOA,<br><br>Plaintiffs,<br>v.<br><br>RCO REFORESTING, INC. & ROBERTO OCHOA,<br><br>Defendants. | CASE NO.: 2:16-cv-02523-WBS-CMK<br><br>**STIPULATION AND ORDER TO CLOSE CASE**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5 |

On January 25, 2019, the Court approved the parties' proposed stipulated judgment and order which resolved all matters in the above-referenced case. Doc. No. 93. The Court retained jurisdiction for purposes of enforcing compliance with the terms of the judgment. Doc No. 93, at 12. On June 8, 2020, pursuant to Federal Rule of Civil Procedure 60(b)(6), the parties jointly requested that the Court reopen the case for the sole purpose of extending the claims period set forth in the

1

**STIPULATION AND ORDER**

Distribution Summary attached to the Stipulated Judgment and Order (Judgment). Doc. No. 94. The Court granted that order on June 9, 2020 and the claims period was extended for six months. Doc. No. 95. That extension to the claims period has expired and no additional claims have been received.

The Parties agree that the case should be re-closed, subject to the Court's retention of jurisdiction to enforce the terms of the settlement as set forth in the January 24, 2019 Stipulated Judgement and Order. Doc. No. 93.

**IT IS SO STIPULATED:**

Dated: April 26, 2021    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
                         CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.


                         By:  /s/ Laura Clauson Ferree
                              Laura Clauson Ferree
                              Attorney for Plaintiffs

Dated: April 27, 2021    PALMER KAZANJIAN WOHL HODSON LLP


                         By:  /s/ Larry M. Kazanjian (as authorized on April 27, 2021)
                              Larry M. Kazanjian
                              Attorney for Defendants

**IT IS SO ORDERED:**

**Dated:** April 28, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER**